# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KAGNEY BARGER,

_____
*Plaintiff*
v.

UNITED STATES OF AMERICA,

_____
*Defendant*

)
)
)
)
)
)

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**Oct 23, 2018**

SEAN F. McAVOY, CLERK

Civil Action No.   2:18-CV-47-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   The Stipulation for Voluntary Dismissal with Prejudice, ECF No. 18, is APPROVED.
Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____Rosanna Malouf Peterson_____ on a Stipulation for
Voluntary Dismissal.

Date:  __October 23, 2018__

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Virginia Reisenauer
_____
*(By) Deputy Clerk*

Virginia Reisenauer